```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

TONI M. CARROLL,                *
                                *
     Plaintiff,                 *
                                *
vs.                             * Civil Action 11-00162-WS-B
                                *
MICHAEL J. ASTRUE,              *
Commissioner of                 *
Social Security,                *
                                *
     Defendant.                 *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated October 3, 2011 is hereby **ADOPTED** as the opinion of this Court.

Accordingly, for good cause shown, it is **ORDERED** that Defendant's unopposed Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 13) be and hereby is **GRANTED,** and that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) so that the Appeals Council will remand the case to an Administrative Law Judge to conduct a new hearing, and further consider Plaintiff's residual capacity.

This remand, pursuant to sentence four of Section 405(g), makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

**DONE** this 25th day of October**, 2011.**

        **s/WILLIAM H. STEELE**
        **CHIEF UNITED STATES DISTRICT JUDGE**