```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | |
|---|---|
| TONI M. CARROLL, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION 11-00162-WS-B |
| | * |
| MICHAEL J. ASTRUE, Commissioner | * |
| of Social Security, | * |
| | * |
|     Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 27, 2012, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 17th day of February, 2012.

                                    s/WILLIAM H. STEELE
                                    **CHIEF UNITED STATES DISTRICT JUDGE**