```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION


TONI M. CARROLL,                     *
                                     *
     Plaintiff,                      *
                                     *
vs.                                  *   CIVIL ACTION 11-00162-WS-B
                                     *
MICHAEL J. ASTRUE, Commissioner      *
of Social Security,                  *
                                     *
     Defendant.                      *
```

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), that the award be limited to the EAJA rate of $180.19 per hour, thereby resulting in an award of $360.38 for 2.0 attorney hours spent representing Plaintiff in connection with this action. The filing fee costs in the amount of $350.00 shall be awarded to Plaintiff from the Judgment Fund administered by the United States Treasury.

**DONE** and **ORDERED** this the 17th day of February, 2012.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**